IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| D.V., | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Civil Action No. 07-829 |
| | ) | |
| vs. | ) | |
| | ) | Judge Nora Barry Fischer |
| WESTMORELAND COUNTY | ) | |
| CHILDREN'S BUREAU, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this 26th day of November, 2008, upon the request of counsel for Plaintiff, the Court HEREBY ORDERS that the Court shall conduct a status/settlement conference in this matter on December 29, 2008 at 1:00 p.m. The Court further ORDERS that the principal parties in the above captioned matter be present for said conference. To the extent that said conference develops into a settlement conference, the parties shall have the necessary insurance representatives available by telephone. In addition, the parties shall supply the Court with their respective confidential settlement letters on or before December 22, 2008.

*/s/Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc/ecf: All counsel of record